FILED

MAY 20 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: RMARCE DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08cr1617-DMS |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Sec. 1325 - |
| (t/n) ALONSO LOPEZ-VILLEGAS aka Manuel Cabrera-Riys, | Illegal Entry (Felony) |
| Defendant. | |

The United States Attorney charges:

On or about April 21, 2008, within the Southern District of California, defendant (t/n) ALONSO LOPEZ-VILLEGAS, aka Manuel Cabrera-Riys, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction for violation of Title 8, United States Code, Section 1325, Criminal Case No. 02-01309M-SD, in the United States District Court for the Southern District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 5/20/08 .

KAREN P. HEWITT
United States Attorney

for JEFFREY D. MOORE
Assistant U.S. Attorney