MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs ALONZO LOPEZ-VILLEGAS                              No. 08CR1617-DMS

The Court finds excludable delay, under the section indicated by check ( ✓ ),
commenced on _____ and ended on _____ ; (    )
_____6-19-08_____ and ended on _____7-11-08_____ . (    )

**3161(h)**

___(1)(A)     Exam or hrg for **mental or physical incapacity**                            A

___(1)(B)     **NARA exam**ination (28:2902)                                               B

___(1)(D)     State or Federal trials or **other charges pending**                         C

___(1)(E)     **Interlocutory appeals**                                                    D

___(1)(F)     **Pretrial motions** (from flg to hrg or other prompt dispo)                 E

___(1)(G)     **Transfers from other district** (per FRCrP 20, 21 & 40)                    F

___(1)(J)     **Proceedings under advisement** not to exceed thirty days                   G

___           Misc proc: Parole or prob rev, deportation, **extradition**                  H

___(1)(H)     **Transportation** from another district or to/from examination              6
              or hospitalization in ten days or less

_X_(1)(I)     Consideration by Court of **proposed plea agreement**                       (7)

___(2)        **Prosecution deferred** by mutual agreement                                 I

___(3)(A)(B)  **Unavailability of defendant** or **essential witness**                     M

___(4)        Period of **mental or physical incompetence** of defendant to                N
              stand trial

___(5)        Period of **NARA commitment or treatment**                                   O

___(6)        **Superseding indictment and/or new charges**                                P

___(7)        **Defendant awaiting trial of co-defendant** when no severance               R
              has been granted

___(8)(A)(B)  **Continuance**s granted per (h)(8)-use "T" alone if more than               T
              one of the reasons below are given in support of continuance

___(8)(B)(I)  1) Failure to grant a **continuance** in the proceeding                     (T1)
                 would result in a **miscarriage of justice** and
                 the ends of justice outweigh the best interest
                 of the public and the defendant in a speedy trial.
                 **(Continuance - miscarriage of justice)**
_X_           2) Failure to grant a **continuance** of the trial would result in
                 a miscarriage of justice as the defendant has tendered a
                 guilty plea to a magistrate judge and is awaiting a
                 determination as to whether the plea will be accepted.
                 **(Continuance - tendered a guilty plea)**

___(8)(B)(ii)  2) **Case** unusual or **complex**                                          T2

___(8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days  T3

___(8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel,        T4
                  or give reasonable time to prepare
                  **(Continuance re counsel)**

___3161(I)    Time up to **withdrawal of guilty plea**                                     U

___3161(b)    **Grand jury indictment time extended** thirty (30) more days                W

Date 6/19/08                                          _____
                                                          Judge's Initials